IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:04CV430

| | |
|---|---|
| RACHEL DIANE GORTON, <br> a/k/a Rachel Diane Anderson, <br><br> Plaintiff, <br><br> v. <br><br> DANA SPICER, d/b/a Wix Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no activity in this case since April 2006. Accordingly, the Court directs the parties to file a written report indicating the status of the case. After such report is filed, the Court may – in its discretion – choose to hold a status conference.

**IT IS, THEREFORE, ORDERED** that the parties file a written report, jointly if possible, indicating the status of the case, on or before **May 4, 2007**.

Signed: April 10, 2007

David C. Keesler
United States Magistrate Judge