# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04-CV-430-DCK

| | |
|---|---|
| RACHEL DIANE GORTON, )<br>a/k/a Rachel Diane Anderson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANA SPICER, d/b/a Wix Corporation, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for an order staying these proceedings due to the pending bankruptcy of Defendant.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** pending completion of bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York.

The Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures*.

Signed: August 28, 2007

David C. Keesler
United States Magistrate Judge